# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Malibu Media, LLC

v.                                                     Case Number: 4:18–cv–01040

JOHN DOE, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**PLACE:**
Courtroom 11B United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/14/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   September 25, 2018                          David J. Bradley, Clerk