UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No.4:18-cv-01040 |
| v. | ) |
| SAM MUKERJI | ) |
| Defendant. | ) |

### ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have until October 22, 2018, to effectuate service of a summons and Amended Complaint upon Defendant.

**DONE AND ORDERED** this ___ day of October, 2018.

By: _____
UNITED STATES DISTRICT JUDGE