United States District Court
Southern District of Texas
**ENTERED**
January 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 108.254.5.28,

    Defendant.

Civil Action Case No. 4:18-cv-01040

## ORDER ON PLAINTIFF'S SECOND MOTION TO CONTINUE THE INITIAL PRETRIAL SCHEDULING CONFERENCE SET FOR FEBRUARY 8, 2019 AT 9:30 AM

THIS CAUSE came before the Court upon Plaintiff's Second Motion to Continue the Initial Pretrial Scheduling Conference set for February 8, 2019 at 9:30 AM (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference on the above matter is now adjourned.

**DONE AND ORDERED** this 28th day of January, 2019.

By: _____
**UNITED STATES DISTRICT JUDGE**