UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-cv-01040 |
| ) | |
| v. ) | The Hon. Lee H. Rosenthal |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 108.254.5.28, ) | |
| ) | |
| Defendant ) | |

~~PROPOSED~~
ORDER

This matter comes to the Court's attention on JOHN DOE's Motion to Proceed Anonymously and to Seal Documents. The Court having reviewed the motion, noting the relief sought is unopposed, and finding GOOD CAUSE to enter this Order,

IT IS ORDERED:

A. The Motion is GRANTED;

B. The Clerk of the Court is instructed to remove JOHN DOE's actual name from the docket and docket report;

C. The Clerk of the Court is to seal filings with ECF document numbers 14, 15, 17, 17-1, 18, 19, 19-1, 20, 21, 23, 23-1, and 24, as well as the Docket Entry of September 21, 2018 concerning the issuance of summons; and

D. The Defendant is provided leave to proceed under the pseudonym JOHN DOE in this litigation through dispositive motions.

Enter: February 11, 2019

_____
United States District Judge